AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dow, Dennis R. | US Bankruptcy Ct-W Dist MO | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Charles E Whittaker United States Courthouse
400 E 9th St, Room 6562
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Trinity Management LLC - Salary reported on Form W-2 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dow, Dennis R.** | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dow, Dennis R.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   United Missouri Bank (UMB) Accounts | A | Interest | M | T | | | | | |
| 2.   The Lincoln National Life Ins Co Variable Life Insurance Policies: (H) | | | | | | | | | |
| 3.   -Am Fds Intl Fund (C2) | A | Dividend | J | T | | | | | |
| 4.   -Del VIP REIT Series (Std Cls) | A | Dividend | J | T | | | | | |
| 5.   -Del VIP Smid Cap Core Std Cls | A | Dividend | J | T | | | | | |
| 6.   -MFS VIT Total Return Series IC | A | Dividend | J | T | | | | | |
| 7.   -MFS VIT Utilities Series IC | A | Dividend | J | T | | | | | |
| 8.   -PIMCO VIT Com RR Strt Port AC | A | Dividend | J | T | | | | | |
| 9.   -Del VIP Emrg Mkt Srs (Std Cls) | A | Dividend | J | T | | | | | |
| 10.  -LVIP SSGA S&P 500 Index SC | A | Dividend | J | T | | | | | |
| 11.  -Fid VIP Mid Cap Port SVC | A | Dividend | J | T | | | | | |
| 12.  The Metropolitan Life Insurance Co Whole Life Insurance Policies | B | Dividend | M | T | | | | | |
| 13.  Investment Account #1-Fidelity (H) | | | | | | | | | |
| 14.  -Fidelity cash | A | Interest | K | T | | | | | |
| 15.  -Columbia Seligman Com and Info CL I2 | B | Dividend | L | T | | | | | |
| 16.  -American Europacific Growth Fund F3 | A | Dividend | K | T | | | | | |
| 17.  -Natixis US Equity Opportunities CL Y | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -The New Economy Fund F3 | A | Dividend | K | T | | | | | |
| 19. -American Small Cap World Fund F3 | A | Dividend | K | T | | | | | |
| 20. -Templeton Developing Markets Ttrust R6 | A | Dividend | J | T | | | | | |
| 21. -Proshares Trust S&P 500 Divid | A | Dividend | J | T | | | | | |
| 22. -Fidelity MSCI Health Care Index | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 23. -Ishares TR MBS ETF | A | Dividend | J | T | Buy | 10/16/20 | J | | |
| 24. -Ishares TR US Treas BD ETF | A | Dividend | J | T | Buy | 10/19/20 | J | | |
| 25. -Ishares US Financials ETF | A | Dividend | | | Buy | 06/03/20 | J | | |
| 26. | | | | | Sold (part) | 10/16/20 | J | A | |
| 27. | | | | | Sold | 10/19/20 | J | A | |
| 28. Rollover IRA #3-Fidelity (H) | | | | | | | | | |
| 29. -Ishares Core S&P Mid Cap ETF | A | Dividend | | | Buy (add'l) | 03/18/20 | K | | |
| 30. | | | | | Sold | 03/24/20 | L | A | |
| 31. -Ishares Core S&P Small Cap ETF | A | Dividend | | | Buy (add'l) | 03/18/20 | K | | |
| 32. | | | | | Sold | 03/24/20 | L | A | |
| 33. -Ishares Edge MSCI Min Vol USA ETF | C | Dividend | M | T | Buy (add'l) | 03/18/20 | J | | |
| 34. -Fidelity Government Cash Reserves | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dow, Dennis R.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Fidelity MSCI Heatlh Care Index ETF | B | Dividend | K | T | Buy | 04/02/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 04/02/20 | K | | |
| 37. | | | | | Buy<br>(add'l) | 04/21/20 | K | | |
| 38.   -Fidelity MSCI Information Technology<br>Index ETF | B | Dividend | M | T | Buy<br>(add'l) | 03/18/20 | K | | |
| 39.   -Ishares Trust Core MSCI EAFE ETF | D | Dividend | M | T | Sold<br>(part) | 04/21/20 | L | A | |
| 40.   -Ishares Inc Core MSCI Emergin Mkts ETF | C | Dividend | M | T | Sold<br>(part) | 06/01/20 | L | A | |
| 41.   -Ishares Core S&P Total US Stock Market<br>ETF | C | Dividend | N | T | | | | | |
| 42.   -Ishares Core S&P 500 ETF | D | Dividend | N | T | Sold<br>(part) | 03/26/20 | M | A | |
| 43.   -Proshares Trust S&P 500 Divid Aristocrats<br>ETF | B | Dividend | M | T | Buy<br>(add'l) | 03/06/20 | K | | |
| 44. | | | | | Buy<br>(add'l) | 03/18/20 | K | | |
| 45.   -Fidelity Low Duration Bond Factor ETF | B | Dividend | L | T | Sold<br>(part) | 03/13/20 | L | A | |
| 46. | | | | | Buy<br>(add'l) | 04/08/20 | L | | |
| 47.   -Ishares TR 20 YR TR BD ETF | A | Dividend | | | Sold<br>(part) | 02/07/20 | J | A | |
| 48. | | | | | Sold | 03/03/20 | K | C | |
| 49.   -Ishares TR MBS ETF | B | Dividend | K | T | Buy<br>(add'l) | 10/16/20 | K | | |
| 50. | | | | | Sold<br>(part) | 03/20/20 | L | A | |
| 51.   -Ishares TR US TREAS BD ETF | B | Dividend | K | T | Sold<br>(part) | 03/13/20 | M | E | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 10/19/20 | K | | |
| 53. -Federated Hermes Kauffman Sm Cap IS | A | Dividend | L | T | Buy | 04/06/20 | K | | |
| 54. -Lord Abbett Bond Debenture Class I | A | Dividend | L | T | Buy | 04/14/20 | K | | |
| 55. | | | | | Buy<br>(add'l) | 06/02/20 | K | | |
| 56. -First TR Exchange Traded Fd NY ARCA Biotechnology Index FD | A | Dividend | K | T | Buy | 03/18/20 | K | | |
| 57. -Ishares TR NASDAQ Biotech | A | Dividend | L | T | Buy | 04/03/20 | K | | |
| 58. | | | | | Buy<br>(add'l) | 04/21/20 | K | | |
| 59. -Ishares TR US Med Dvc ETF | A | Dividend | L | T | Buy | 04/21/20 | K | | |
| 60. -Vaneck Vectors ETF TR Morningstar Wide | A | Dividend | K | T | Buy | 03/18/20 | K | | |
| 61. -Ishares TR IBOXX Hi Yd ETF | A | Dividend | L | T | Buy | 05/12/20 | L | | |
| 62. -Ishares TR ISHS 5-10Yr INVT | A | Dividend | L | T | Buy | 04/02/20 | L | | |
| 63. -Ishares TR ISHS 1-5Yr INVS | A | Dividend | L | T | Buy | 05/08/20 | L | | |
| 64. -Alphabet Inc Cap Stk CL C | A | Dividend | K | T | Buy | 03/31/20 | K | | |
| 65. -Amazon.Com Inc | A | Dividend | K | T | Buy | 03/31/20 | K | | |
| 66. -Apple Inc Com | A | Dividend | K | T | Buy | 03/31/20 | K | | |
| 67. -Microsoft Corp | A | Dividend | J | T | Buy | 03/31/20 | K | | |
| 68. -Realty Income Corp (Maryland) | A | Dividend | | | Buy | 04/03/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 04/17/20 | K | B | |
| 70.  -Ishares US Financials ETF | A | Dividend | | | Buy | 06/01/20 | L | | |
| 71. | | | | | Sold<br>(part) | 10/16/20 | K | B | |
| 72. | | | | | Sold | 10/19/20 | K | B | |
| 73.  Section 529 Plan #1 (H) | | | | | | | | | |
| 74.  American Funds College 2027 Fund 529C | A | Dividend | J | T | Buy<br>(add'l) | 12/01/20 | J | | |
| 75.  Section 529 Plan #2 (H) | | | | | | | | | |
| 76.  American Funds College 2030 Fund 529C | A | Dividend | J | T | Buy<br>(add'l) | 12/01/20 | J | | |
| 77.  Section 529 Plan #3 (H) | | | | | | | | | |
| 78.  American Funds College 2033 Fund 529C | A | Dividend | J | T | | | | | |
| 79.  Section 529 Plan #4 (H) | | | | | | | | | |
| 80.  American Funds College 2033 Fund 529C | A | Dividend | J | T | | | | | |
| 81.  Section 529 Plan #4 (H) | | | | | | | | | |
| 82.  American Funds College 2036 Fund 529C | A | Dividend | J | T | Buy | 02/25/20 | J | | |
| 83.  Roth IRA #1-Fidelity (H) | | | | | | | | | |
| 84.  -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 85.  -Fidelity MSCI Information Technology Index ETF | A | Dividend | | | Sold | 03/17/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dow, Dennis R.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Ishares Core S&P 500 ETF | A | Dividend | J | T | | | | | |
| 87. -Ishares Core S&P Mid Cap ETF | A | Dividend | | | Buy<br>(add'l) | 02/13/20 | J | | |
| 88. | | | | | Sold | 03/17/20 | J | A | |
| 89. -Ishares Core S&P US Growth ETF | A | Dividend | | | Sold | 03/17/20 | J | A | |
| 90. -Ishares Core S&P Small Cap E | A | Dividend | | | Sold | 03/17/20 | J | A | |
| 91. -Ishares Trust Core MSCI EAFE ETF | A | Dividend | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 92. | | | | | Sold | 09/10/20 | J | A | |
| 93. -Ishares Inc Core MSCI Emerging Mkts ETF | A | Dividend | | | Sold | 03/17/20 | J | A | |
| 94. -Ishares Core S&P Total US Stock Market | A | Dividend | J | T | Buy<br>(add'l) | 03/17/20 | J | | |
| 95. -Ishares Edge MSCI Min Vol USA ETF | A | Dividend | | | Buy<br>(add'l) | 02/13/20 | J | | |
| 96. | | | | | Sold | 03/17/20 | J | A | |
| 97. -Proshares Trust S&P 500 Divid Aristocrats ETF | A | Dividend | J | T | Buy<br>(add'l) | 02/13/20 | J | | |
| 98. | | | | | Sold<br>(part) | 03/17/20 | J | A | |
| 99. -Blackrock Mid Cap Growth Equity Instl | A | Dividend | J | T | Buy | 09/09/20 | J | | |
| 100. -Federated Hermes Kaufmann Sm Cap Is | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 101. -JP Morgan Emerging Mkts Equity Class I | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 102. -Morgan Stanley Intl Advantage Cl I | A | Dividend | J | T | Buy | 09/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -ETF Managers TR Prime Mobile Pay | A | Dividend | J | T | Buy | 09/10/20 | J | | |
| 104. -Ishares TR NASDAQ Bio Tech | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 105. -Ishares TR US Med Dvc ETF | A | Dividend | J | T | Buy | 09/10/20 | J | | |
| 106. -Ishares TR MSCI USA Min Vol | A | Dividend | J | T | Buy | 09/10/20 | J | | |
| 107. -Apple Inc Com | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 108. -Microsoft Corp | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 109. -Ishares TR US Aer Def ETF | A | Dividend | | | Buy | 03/17/20 | J | | |
| 110. | | | | | Sold | 09/10/20 | J | A | |
| 111. -Verizon Communications | A | Dividend | | | Buy | 03/17/20 | J | | |
| 112. | | | | | Sold | 09/10/20 | J | A | |
| 113. -Fidelity MSCI Health Care Index ETF | A | Dividend | | | Buy | 04/02/20 | J | | |
| 114. | | | | | Sold | 09/10/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis R. Dow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544